# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN, SR., <br><br> Plaintiff, <br><br> v. <br><br> WASCO STATE PRISON, et al., <br><br> Defendants. | Case No. 1:16-cv-00342-SKO (PC) <br><br> **ORDER GRANTING REQUEST OF *PRO SE* LITIGANT TO E-FILE** <br><br> (Doc. 6) |

Plaintiff, Daniel P. Klahn, Sr., is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff has requested leave to be permitted to e-file documents in this Court's CM/ECF case management system. Plaintiff indicates that he has an account he has used in the past in other cases. However, although Plaintiff may have an account with another court, there is no record of Plaintiff having an account with this Court. Thus, while his request to be allowed to e-file is granted, Plaintiff must set up a new account to do so.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion, filed on November 17, 2016, is GRANTED;
2. The Clerk of the Court is directed to mail the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service" to Plaintiff;
3. Plaintiff shall be responsible for filing all documents in paper form, until such time as he signs and returns the Clerk's "Petition by Pro Se Litigant" form and is issued

a login and password; and

    4.    Plaintiff shall provide an email address to the Clerk that he shall maintain as a working email address.

IT IS SO ORDERED.

Dated: **January 11, 2017**                    /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE