# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN, Sr, <br><br> Plaintiff, <br><br> v. <br><br> WASCO STATE PRISON, et al., <br><br> Defendants. | No. 1:16-cv-00342-SKO (PC) <br><br> **ORDER REASSIGNING ACTION FROM MAGISTRATE JUDGE SHEILA K. OBERTO TO MAGISTRATE JUDGE JENNIFER L. THURSTON** |

IT IS HEREBY ORDERED that this case is reassigned from the docket of Magistrate Judge Sheila K. Oberto ("SKO") to the docket of Magistrate Judge Jennifer L. Thurston ("JLT"), and that all future pleadings and/or correspondence shall hereinafter be correctly numbered as follows:

**1:16-cv-00342-JLT (PC)**

Use of an incorrect case number, including the judge's initials, could result in documents being misdirected and/or incorrectly calendared by the appropriate judicial officer and/or staff.

IT IS SO ORDERED.

Dated: **January 30, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

1