UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>WASCO STATE PRISON, et al.,<br><br>Defendants. | No. 1:16-cv-00342-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 17, 19) |

Plaintiff Daniel P. Klahn, Sr., is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 15, 2018, the assigned magistrate judge screened the second amended complaint and issued findings and recommendations, recommending that plaintiff be allowed to proceed on his claim against defendant R. Seitz, D.D.S. for deliberate indifference to plaintiff's serious medical needs in violation of the Eighth Amendment and that the remainder of plaintiff's claims be dismissed. (Doc. No. 19.) The findings and recommendation were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one days after service. (*Id.* at 17.) To date, plaintiff has filed no objections to the findings and recommendations, and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued March 15, 2018 (Doc. No. 19) are adopted in full;
2. This action for damages shall proceed on the claim in plaintiff's second amended complaint (Doc. No. 17) against defendant R. Seitz, D.D.S. for deliberate indifference to plaintiff's serious medical needs in violation of the Eighth Amendment;
3. All other claims and defendants are dismissed; and
4. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **July 17, 2018**

_____
UNITED STATES DISTRICT JUDGE