# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD P. KLAHN, Sr., <br><br> Plaintiff, <br> v. <br> WASCO STATE PRISON, et al., <br><br> Defendants. | Case No.: 1:16-cv-00342-DAD-JLT (PC) <br><br> **ORDER RENAMING CASE** <br><br> **Old Case Name:** <br>    Klahn v. Wasco State Prison, et al. <br><br> **New Case Name:** <br>    Klahn v. Seitz |

     This action is proceeding solely on Plaintiff's claims in the Second Amended Complaint (Doc. 17) against Defendant R. Seitz, D.D.S. for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment. (*See* Docs. 19, 20, 21.) Accordingly, the Court **ORDERS**:

    1.    This case is RENAMED from "Klahn v. Wasco State Prison, et al." to "Klahn v. Seitz";

    2.    The Clerk of the Court is directed to correct the docket of this action to reflect the new case name; and

*///*

*///*

*///*

1

3. All future pleadings and/or correspondence must reflect the new case name. Use of an incorrect case name may result in delay in processing documents and distribution of copies to the judge assigned.

IT IS SO ORDERED.

Dated: **September 17, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE