# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN, Sr., <br><br> Plaintiff, <br><br> v. <br><br> R. SEITZ, <br><br> Defendant. | Case No. 1:16-cv-00342-DAD-JLT (PC) <br><br> **ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANT'S ANSWER** <br><br> **(Doc. 31)** |

Defendant filed an Answer to Plaintiff's First Amended Complaint on October 17, 2018. (Doc. 27.) On November 2, 2018, Plaintiff filed a response to Defendant's Answer. (Doc. 31.) Plaintiff does not have a right to file a response/surreply to Defendant's Answer under the Local Rules or the Federal Rules of Civil Procedure. Therefore, Plaintiff's Response to Defendant's Answer, filed on November 2, 2018 (Doc. 31), is STRICKEN from the record.

IT IS SO ORDERED.

Dated: __November 7, 2018__                 __/s/ Jennifer L. Thurston__
                                            UNITED STATES MAGISTRATE JUDGE