# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN, Sr, | ) Case No.: 1:16-cv-00342-DAD-JLT (PC) |
| Plaintiff, | ) ORDER TO THE PLAINTIFF AND DEFENSE |
| v. | ) COUNSEL TO SHOW CAUSE WHY SANCTIONS ) SHOULD NOT BE IMPOSED FOR THEIR |
| SEITZ, | ) FAILURE TO COMPLY WITH THE COURT'S ) ORDER |
| Defendant. | ) |

On January 7, 2019, after a settlement conference successfully yielded a compromise, the Court ordered the parties to file dismissal documents by February 21, 2019. (Doc. 36.) No dispositional documents have been filed. Thus, the Court **ORDERS**:

    1. **No later than March 21, 2019**, the plaintiff and defense counsel **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders. Alternatively, they may file dismissal documents.

IT IS SO ORDERED.

    Dated: **February 26, 2019**      **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE